# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| ANGELA JUSTICE,<br>Plaintiff, | Case No. 1:17-cv-304 |
| vs. | Litkovitz, M.J. |
| COMMISSIONER OF<br>SOCIAL SECURITY,<br>Defendant. | **ORDER** |

Pursuant to the parties' joint request and notice of plaintiff's voluntary dismissal without prejudice, the Court hereby **DISMISSES** this action **WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Date: 10/13/17

Karen L. Litkovitz
United States Magistrate Judge